IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ISREAL ALVARADO-REYES,

    Plaintiff,

v.

KRISTINE A. LYON and
THE WISCONSIN DEPARTMENT OF
CORRECTIONS,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-863-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Isreal Alvarado-Reyes's request for leave to proceed and dismissing this case with prejudice for failure to state a claim upon which relief can be granted under 42 U.S.C.§ 1983.

| /s/ | 1/6/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |